IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DANIEL MADDOX                                                                                           PLAINTIFF

VS.                                                                                      NO. 3:15-cv-00866-TSL-RHW

THE CITY OF BRANDON, MISSISSIPPI,
WILLIAM THOMPSON AND CHRIS BUNCH                                              DEFENDANTS

**UNOPPOSED MOTION TO FILE UNDER SEAL PLAINTIFF'S
RESPONSE TO MOTION FOR SUMMARY JUDGMENT AND PLAINTIFF'S
COUNTER-MOTION FOR SUMMARY JUDGMENT, SUPPORTING
MEMORANDUM AND SUPPORTING EXHIBITS**

Plaintiff hereby files this Motion, and in support thereof would show:

1. On October 3, 2016 this Court entered its Order Granting Unopposed Motion to File Under Seal Defendants' Motion for Summary Judgment, Supporting Memorandum and Supporting Exhibits.

2. For the same reasons Defendants' requested the Court authorize the Defendants' to file under seal the above referenced documents, Plaintiff requests the Court enter an order authorizing him to file under seal his Response to those documents and his Motion for Summary Judgment, Supporting Memorandum and Supporting Exhibits.

Respectfully submitted, this the 31st day of October, 2016.

DANIEL MADDOX

by: /s/ Donald W. Boykin
Donald W. Boykin
Attorney for Daniel Maddox

CERTIFICATE OF SERVICE

I certify that on October 31, 2016 I filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which is to notify counsel of record:

Gary E. Friedman
Mark Fijman
Phelps Dunbar
Jackson, MS
P.O. 16114
Jackson, MS 39236-61114

/s/ Donald W. Boykin

Donald W. Boykin
Attorney at Law
515 E. Court Street
Jackson, MS 39201
601-969-3015
dboykinlaw@att.net
MB 4231