UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DANIEL MADDOX					PLAINTIFF

VS.					CIVIL ACTION NO. 3:15CV866TSL-RHW

CITY OF BRANDON, MISSISSIPPI, ET AL.					DEFENDANTS

## JUDGMENT

In accordance with court's March 13, 2017 memorandum opinion and order and the Mississippi Attorney General having notified the court that the State does not intend to intervene in this matter, it is hereby ORDERED AND ADJUDGED that the complaint in this action is dismissed with prejudice.

SO ORDERED AND ADJUDGED this 18th day of April, 2017.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE